Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Craig Crandall

**GRANTED**
*Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG CRANDALL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | No.   3:14-cv-05105-MEJ<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

　　　Notice is hereby given that Plaintiff Craig Crandall ("Plaintiff") has settled the above-captioned matter with Defendant. Plaintiff requests that he be given to and including October 16, 2015 to file the dispositional documents in order to afford the Parties time to complete the settlement. `Alternatively, the parties shall file a joint status report by 10/16/2015.`

Dated: September 16, 2015　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Craig Crandall